UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION CR 11-154 DSD |
| Plaintiff, | (18 U.S.C. § 371) |
| v. | |
| AMRI ELSAFY, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Conspiracy)

From in or about 2006 through in or about 2007, in the State and District of Minnesota, the defendant,

**AMRI ELSAFY,**

knowingly and intentionally conspired and agreed with other individuals to execute a scheme to defraud and to obtain money by means of false and fraudulent pretenses, namely a mortgage fraud scheme, including approximately thirty-five separate properties, utilizing interstate wire communication; namely wire transfers emanating from outside the State of Minnesota to accounts within the State of Minnesota. All in violation of Title 18, United States Code, Section 371.

Dated: May 2, 2011

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: CHRIS S. WILTON
Assistant U.S. Attorney

FILED MAY 2 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

MAY - 2 2011
U.S. DISTRICT COURT MPLS